1   PAUL L. REIN, Esq. (SBN 43053)
    JULIE A. OSTIL, Esq. (SBN 215202)
2   LAW OFFICES OF PAUL L. REIN
    200 Lakeside Dr., Suite A
3   Oakland, CA 94612
    Tel: (510) 832 5001
4   Fax: (510) 832-4787

5   Attorneys for Plaintiff
    CONNIE ARNOLD

6

7   Monica Cruz Thornton (SBN 131446)
    Jennifer J. Capabianco (SBN 193371)
8   SELMAN BREITMAN LLP
    33 New Montgomery, Sixth Floor
9   San Francisco, CA  94105
    Telephone:    (415) 979-0400
10   Facsimile:    (415) 979-2099

11   Attorneys for Defendants
    GRAND ISLAND MANSION, INC.,
12   SANDRAS CLARK and TERRENCE BLACK

13                 UNITED STATES DISTRICT COURT
14                 EASTERN DISTRICT OF CALIFORNIA

15

16   CONNIE ARNOLD,           CASE NO.  2:06-CV-02488-MCE-GGH

17        Plaintiff,

18       v.                 **STIPULATION AND ORDER TO CONTINUE TRIAL AND PRE-TRIAL DATES AND FOR REFERRAL TO A MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

19   GRAND ISLAND MANSION, INC.;
    et al.,

20

21         Defendants.

22      Plaintiff CONNIE ARNOLD and defendants GRAND ISLAND

23   MANSION, INC.; SANDRAS CLARK; and TERRENCE BLACK, by and

24   through counsel, hereby jointly stipulate and request that the

25   Court grant a continuance of the scheduled pretrial, trial and

26   discovery deadlines, and further request referral to a

27   magistrate judge for a settlement conference, based on the

28   following good cause:

1

1    1.   Plaintiff filed her action seeking renovations to

2    defendants' facilities at the Grand Island Mansion in Walnut

3    Grove, California to improve disabled access, as well as

4    seeking damages and attorney's fees, litigation expenses, and

5    costs.

6    2.   On March 22, 2007, the parties conducted a joint site

7    inspection of the premises.  Thereafter, upon receiving her

8    expert's report, on July 6, 2007, plaintiff transmitted to

9    defendants her expert's report and demand for injunctive relief.

10   Defendants are in the process of reviewing this demand and need

11   time to consult with contractors and/or experts to determine a

12   response.  The parties anticipate that it may take some time to

13   negotiate injunctive relief at this large, historic property.

14   3.   Following an agreement on injunctive relief, the parties

15   will be in a position to begin negotiating plaintiff's claims for

16   damages and attorney fees.

17   4.   If the parties are not able to resolve plaintiff's

18   claims, the parties will need time to conduct full discovery and

19   prepare dispositive motions.  However, conducting such discovery

20   and motions at this time would significantly increase the cost of

21   the case without increasing the likelihood of settling the case

22   at this time.

23   5.   The parties have been working diligently to resolve the

24   issues to arrive at an agreement, and have withheld discovery as

25   a good faith gesture while working to negotiate a settlement of

26   the access improvements.

27   ///

28   ///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

2

c:\folder\mengland\home\io docket criminal\06cv02488.stipandorder.0821.doc

1    6.   The parties therefore jointly request that the court

2    grant a continuance of three months for all discovery deadlines,

3    and pretrial and trial dates to allow the parties an opportunity

4    to negotiate resolution of plaintiff's claims, before launching

5    into full discovery and motion practice.

6    7.   The parties further request referral to a magistrate

7    judge for a settlement conference to be held as early as possible

8    on the magistrate's calendar.  The parties believe that this

9    procedure will give the case the best chance of settling without

10   the drastic increase in attorney's fees which would be

11   necessitated by full litigation, discovery, and motion work.

12   8.   The current cut-off date for all discovery is

13   September 13, 2007, only six weeks from today, which would

14   necessitate immediate full discovery if the date is not

15   continued.  Expert disclosures are set for November 13, 2007.

16   The current deadline for hearings on dispositive motions is

17   February 13, 2008.  The current trial date is June 11, 2008, with

18   the final pretrial conference set for May 12, 2008.  If the

19   current dates are not continued, it would result in a significant

20   expenditure of attorney time and resources preparing discovery

21   and motions, as well as Court time in considering those motions,

22   which may be obviated by a cooperative settlement.

23   **NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

24   1)   That the trial be continued from June 11, 2008, to

25   September 15, 2008, and that all pre-trial dates, including

26   discovery cut-off deadlines and dispositive motion hearing

27   deadlines, be continued for three months from their current

28   dates.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

3

c:\folder\mengland\home\o docket criminal\06cv02488.stipandorder.0821.doc

1          SO STIPULATED:

2  Dated: August __, 2007          PAUL L. REIN
                                   JULIE A. OSTIL
3                                  LAW OFFICES OF PAUL L. REIN

4                                  _____

5                                  Attorneys for Plaintiff
                                   CONNIE ARNOLD
6

7  Dated: August __, 2007          MONICA CRUZ THORNTON
                                   JENNIFER J. CAPABIANCO
8                                  SELMAN BREITMAN LLP

9                                  _____

10                                 Attorneys for Defendants
                                   GRAND ISLAND MANSION, INC.;
11                                 SANDRAS CLARK; TERRENCE BLACK

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

4

c:\folder\mengland\home\o docket criminal\06cv02488.stipandorder.0821.doc

**ORDER**

**IT IS SO ORDERED.**

The jury trial in this matter is continued from June 11, 2008 to September 15, 2008 at 9:00 a.m. in Courtroom 3 before the Honorable Morrison C. England, Jr., and all pre-trial dates, including discovery cut-off deadlines and dispositive motion hearing deadlines, are continued for three months from their current dates.  It is further ordered that the May 12, 2008 Final Pretrial Conference is vacated and reset for August 15, 2008 at 9:00 a.m. in Courtroom 3 before the Honorable Morrison C. England, Jr.

Further, the parties are confirmed for a Settlement Conference on November 16, 2007 at 9:00 a.m. in Courtroom 24 before Magistrate Judge Gregory H. Hollows.  The parties are directed to file confidential settlement conference statements not later than November 2, 2007 with Judge Hollows' chambers.

DATED: August 21, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

5

c:\folder\mengland.home\io docket criminal\06cv02488.stipandorder.0821.doc