```
 1  PAUL L. REIN, Esq. (SBN 43053)
    JULIE A. OSTIL, Esq. (SBN 215202)
 2  LAW OFFICES OF PAUL L. REIN
    200 Lakeside Dr., Suite A
 3  Oakland, CA 94612
    Tel: (510) 832 5001
 4  Fax: (510) 832-4787

 5  Attorneys for Plaintiff
    CONNIE ARNOLD
 6

 7  Monica Cruz Thornton (SBN 131446)
    Jennifer J. Capabianco (SBN 193371)
 8  SELMAN BREITMAN LLP
    33 New Montgomery, Sixth Floor
 9  San Francisco, CA  94105
    Telephone:     (415) 979-0400
10  Facsimile:     (415) 979-2099

11  Attorneys for Defendants
    GRAND ISLAND MANSION, INC.,
12  SANDRAS CLARK and TERRENCE BLACK

13
                       UNITED STATES DISTRICT COURT
14                     EASTERN DISTRICT OF CALIFORNIA

15
    CONNIE ARNOLD,                     CASE NO.  2:06-CV-02488-MCE-GGH
16                                     Civil Rights
          Plaintiff,
17
       v.                              SECOND STIPULATION AND
18                                     [PROPOSED] ORDER TO CONTINUE
    GRAND ISLAND MANSION, INC.;        TRIAL AND PRE-TRIAL DATES
19  SANDRAS CLARK; TERRENCE BLACK;
    AND DOES 1-25, inclusive,
20
21        Defendants.

22

23        Plaintiff CONNIE ARNOLD and defendants GRAND ISLAND

24  MANSION, INC.; SANDRAS CLARK; and TERRENCE BLACK, by and

25  through counsel, hereby jointly stipulate and request that the

26  Court grant a continuance of the scheduled pretrial, trial and

27  discovery deadlines, based on the following good cause:

28  ///
```

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Second Stipulation to Continue Trial Dates: Case No. 2:06-cv-2488 MCE-GGH**    1

c:\ifolder\mengland\home\to docket civil\06cv2488.stip.1031.doc

1.   Plaintiff filed her action seeking renovations to defendants' facilities at the Grand Island Mansion in Walnut Grove, California to improve disabled access, as well as seeking damages and attorney's fees, litigation expenses, and costs.

2.   On March 22, 2007, the parties conducted a joint site inspection of the premises.  Thereafter, upon receiving her expert's report, on July 6, 2007, plaintiff transmitted to defendants her expert's report and demand for injunctive relief. Defendants are in the process of reviewing this demand and need time to consult with contractors and/or experts to determine a response.  The parties anticipate that it may take some time to negotiate injunctive relief at this large, historic property.

3.   Following an agreement on injunctive relief, the parties will be in a position to begin negotiating plaintiff's claims for damages and attorney fees.

4.   On August 21, 2007, the parties were granted a three month continuation of the trial date from June 11, 2008 to September 15, 2008 and were referred to Magistrate Judge Hollows for a settlement conference. Judge Hollows set the conference for the earliest date available on his calendar, November 16, 2007. Due to the fact that the settlement conference date was set by Judge Hollows so close to the discovery cut-off date, December 13, 2007, if the deadline is not moved, the parties would need to commence full formal discovery before even beginning efforts to settle the case with the assistance of Judge Hollows at the settlement conference.

///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Second Stipulation to Continue Trial Dates: Case No. 2:06-cv-2488 MCE-GGH**   2

c:\ifolder\mengland\home\to docket civil\06cv2488.stip.1031.doc

5. If the parties are not able to resolve plaintiff's claims with the assistance of Judge Hollows, the parties will need time to conduct full discovery and prepare dispositive motions.  However, conducting such discovery and motions at this time would significantly increase the cost of the case without increasing the likelihood of settling the case at this time.

6. The parties have been working diligently to resolve the issues to arrive at an agreement, and have withheld discovery as a good faith gesture while working to negotiate a settlement of the access improvements. The parties are optimistic that, with Judge Hollows' assistance, the case may settle cooperatively in full.

7. The parties therefore jointly request that the court grant a continuance of three months for all discovery deadlines, and pretrial and trial dates to allow the parties an opportunity to negotiate resolution of plaintiff's claims, before launching into full discovery and motion practice.

8. The current cut-off date for all discovery is December 13, 2007, only four weeks after the date of the settlement conference. This does not leave enough time to notice formal discovery proceedings, including any necessary motions to compel, should efforts at settlement fail to completely resolve the case at the first settlement conference.  If the current dates are not continued, it would result in a significant expenditure of attorney time and resources preparing discovery and motions, as well as Court time in considering those motions, which may be obviated by a cooperative settlement.

///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Second Stipulation to Continue Trial Dates: Case No. 2:06-cv-2488 MCE-GGH**

3

c:\ifolder\mengland\home\to docket civil\06cv2488.stip.1031.doc

1  **NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

2       That the trial be continued from September 15, 2008, to
3  December 8, 2008, and that all pre-trial dates, including
4  discovery cut-off deadlines and dispositive motion hearing
5  deadlines, be continued for three months from their current
6  dates.

8  SO STIPULATED:

10 Dated: August __, 2007         PAUL L. REIN
                                  JULIE A. OSTIL
11                                LAW OFFICES OF PAUL L. REIN

13                                _____
                                  Attorneys for Plaintiff
                                  CONNIE ARNOLD

15 Dated: August __, 2007         MONICA CRUZ THORNTON
                                  JENNIFER J. CAPABIANCO
16                                SELMAN BREITMAN LLP

18                                _____
                                  Attorneys for Defendants
                                  GRAND ISLAND MANSION, INC.;
19                                SANDRAS CLARK; TERRENCE BLACK

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Second Stipulation to Continue Trial Dates: Case No. 2:06-cv-2488 MCE-GGH**   4

c:\ifolder\mengland\home\to docket civil\06cv2488.stip.1031.doc

**ORDER**

**IT IS SO ORDERED.**

The jury trial is continued from September 15, 2008 to December 8, 2008 at 9:00 a.m. in Courtroom 3. The Final Pretrial Conference is continued from August 15, 2008 to November 7, 2008 at 9:00 a.m. in Courtroom 3. The Joint Final Pretrial Statement is due not later than October 17, 2008. Dispositive motions must be heard not later than May 13, 2008. Disclosure of expert witnesses must be completed not later than February 13, 2008. All discovery, with the exception of expert discovery, must be completed not later than December 13, 2007.

Dated: October 31, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Second Stipulation to Continue Trial Dates: Case No. 2:06-cv-2488 MCE-GGH**   5

c:\ifolder\mengland\home\to docket civil\06cv2488.stip.1031.doc