UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CONNIE ARNOLD,

        Plaintiff,

   v.

GRAND ISLAND MANSION, INC.;
SANDRAS CLARK; TERRENCE BLACK;

        DefendantS.

No. 2:06-CV-02488-MCE-GGH

MEMORANDUM AND ORDER

----oo0oo----

On February 05, 2007, this Court entered a Pretrial (Status) Scheduling Order in the above-entitled action.  Discovery was to be completed not later than September 13, 2007.  On August 21, 2007, the Court entered a Stipulated Order extending all pre-trial dates by three months.  Accordingly, the discovery cut-off was extended to December 13, 2007.  On October 31, 2007, this Court entered a second Stipulated Order extending pre-trial deadlines by an additional three months.  Therefore, discovery should be completed not later than March 13, 2008.  The Court now orders, *nunc pro tunc,* that this Court's October 31, 2007, Order

1

1  (Docket #18) is amended at Page five, lines 10-11 to read: All
2  discovery, with the exception of expert discovery, must be
3  completed not later than March 13, 2008.
4      IT IS SO ORDERED.

Dated: November 21, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2